# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>JOHN HORVATH,<br>  Defendant. | No. 3:23-CR-132 (MPS) |

## ORDER ACCEPTING MAGISTRATE JUDGE'S FINDINGS

Having reviewed the transcript of the change-of-plea proceedings, I hereby accept and adopt the Magistrate Judge's finding that the plea of guilty by this defendant has been knowingly and voluntarily made, and that there is a factual basis for the plea. I therefore accept and adopt the recommendation that the defendant's plea of guilty be accepted. Accordingly, a finding of guilty shall enter forthwith.

IT IS SO ORDERED.

/s/Michael P. Shea
Michael P. Shea, U.S.D.J.

Dated:    Hartford, Connecticut
         August 28, 2023